**Scott A. Schaffer**, OSB No. 944304; scott@schafferiplaw.com
SCHAFFER IP LAW LLC
2187 SW Market Street Dr.
Portland, OR 97201
Telephone: (503) 970-5119

Attorney for Plaintiff

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF OREGON
## AT PORTLAND

| | |
|---|---|
| HAPPY PRODUCTS, INC., a Delaware corporation,<br><br>　　　　　　　　　　Plaintiff,<br><br>　　vs.<br><br>HRONCICH ENTERPRISES LLC., a New Jersey corporation, dba DAILY SHOP CLUB, and MARINO HRONCICH, an individual, MARYANN HRONCICH, an individual, and NIKOLINO HRONCICH, an individual,<br><br>　　　　　　　　　　Defendants. | No. 3:20-cv-001294-SI<br><br>**ORDER DISMISSING ACTION AS IMPROVIDENTLY FILED, WITH PREJUDICE, AS AGAINST DEFENDANTS MARYANN HRONCICH, and NIKOLINO HRONCICH** |

　　　　WHEREAS, this action was filed against all defendants named in the caption on August 5, 2020; and

　　　　WHEREAS, certain circumstances have occurred or become apparent that have caused the Plaintiff to determine that the action does not lie against Defendants Maryann Hroncich and Nikolino Hroncich; and

　　　　WHEREAS, the Plaintiff wishes to prevent unnecessary litigation before the court (e.g., those defendants' motion to dismiss pursuant to Fed. R. Civ. P. 12(b)(1) and (6)).

PURSUANT TO FED. R. CIV. P. 41(a)(2), this action, as against Defendants MARYANN HRONCICH and NIKOLINO HRONCICH, is dismissed, with prejudice, as improvidently filed.

**SCHAFFER IP LAW, LLC**
Attorneys for Plaintiff
HAPPY PRODUCTS, INC.
2187 SW Market Street Dr.
Portland, OR 97201
Telephone: 503-970-5119
E-mail: scott@schafferiplaw.com

By: _____
Scott A. Schaffer, Esq.

Dated: October 29, 2020

**SO ORDERED:**

_____
HON. MICHAEL H. SIMON, U.S.D.C.J.

November 10, 2020